IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
ANGELA MORAN and NORRESHA     *
CHAMBIE,                      *
                              *
       Plaintiffs,            *
                              *         CV 623-005
       v.                     *
                              *
EARTH KIDS, LLC; and KRISHAUNA*
JENKINS,                      *
                              *
       Defendants.            *
                              *
```

O R D E R

Before the Court is Plaintiffs' "Motion to Review Case Pro Se Plaintiffs." (Doc. 17.) Plaintiffs first filed this lawsuit on January 30, 2023. (Doc. 1.) Plaintiffs served Defendants on March 6, 2023. (Doc. 5.) Accordingly, Defendants' deadline to answer Plaintiffs' complaint was March 27, 2023. See FED. R. CIV. P. 12(a)(1)(A)(i). Defendants failed to timely file an answer or otherwise respond, so Plaintiffs moved for entry of default on August 3, 2023. (Doc. 8.) On August 9, 2023, the Clerk entered default against Defendants. (Doc. 9.) Plaintiffs filed a motion for default judgment against Defendants on September 28, 2023. (Doc. 10.)

On January 5, 2024, Magistrate Judge Christopher L. Ray held a status conference to discuss the status of Plaintiffs' case and

Plaintiffs' intentions to proceed without representation. (Doc. 15.) On April 18, 2024, the Court denied Plaintiffs' motion for default judgment because the complaint did not sufficiently state a claim for breach of contract or under the Fair Labor Standards Act ("FLSA"). (Doc. 16.) On May 2, 2024, Plaintiffs filed a motion requesting a review of the status of their case. (Doc. 17.)

As the Court explained in its April 18, 2024 Order, Plaintiffs' complaint does not sufficiently state an FLSA or a breach of contract claim. (Doc. 16, at 5-8.) Plaintiffs have not moved to file an amended complaint, and Defendants have yet to appear. Accordingly, **IT IS HEREBY ORDERED** that, within **TWENTY-ONE (21) DAYS**, Plaintiffs **SHALL FILE** either: (1) an amended complaint addressing the pleading deficiencies the Court identified in its April 18, 2024 Order; or (2) a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. Failure to comply with the Court's instructions herein will result in dismissal of this case. Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc., 556 F.3d 1232, 1240 (11th Cir. 2009) ("A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" (quoting Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991))); L.R. 41.1(c), SDGa. ("[An] assigned Judge may, after notice to counsel of record, *sua sponte* . . . dismiss any

action for want of prosecution, with or without prejudice . . . [for] failure to prosecute a civil action with reasonable promptness.").

**ORDER ENTERED** at Augusta, Georgia, this 29th day of July, 2024.

---
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA