IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ANGELA MORAN and NORRESHA CHAMBIE, | * * * | |
| Plaintiffs, | * * | CV 623-005 |
| v. | * * | |
| EARTH KIDS, LLC, and KRISHAUNA JENKINS, | * * * | |
| Defendants. | * | |

## O R D E R

On April 18, 2024, this Court denied Plaintiffs' motion for default judgment because their complaint failed to state a claim. (Doc. 16.) On July 29, 2024, the Court ordered Plaintiffs to file either (1) an amended complaint addressing the pleading deficiencies or (2) a notice of voluntary dismissal. (Doc. 18, at 2.) Plaintiffs then filed an amended complaint on August 19, 2024, (Doc. 19) and a second amended complaint on August 30, 2024, to correct a filing deficiency (Doc. 21).[1] In their second amended complaint, Plaintiffs ask the Court to "approve a default judgment" based upon the evidence therein. (Doc. 21, at 1.) Plaintiffs,

---

[1] Plaintiffs' second amended complaint (Doc. 21) fails to comply with the Court's instruction to file such complaint within twenty-one days of its July 29, 2024, Order (Doc. 18, at 2.). However, Plaintiffs did attempt to file within the prescribed time frame (Doc. 19) but received a notice of deficiency for failing to sign the pleading (Doc. 20). Because Plaintiffs are now proceeding *pro se* and the two amended complaints are otherwise identical, this delay is excused.

however, have not served Defendants with a copy of the second amended complaint.

Plaintiffs are hereby **ORDERED** to **SERVE** Defendants with the second amended complaint according to Federal Rule of Civil Procedure 4 within **SIXTY (60) DAYS** of this Order. In the event of Defendants' failure to timely answer, Plaintiffs may then file renewed motions to enter default and for default judgment pursuant to Federal Rule of Civil Procedure 55. Failure to comply with this Order may result in dismissal of this action without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA